C. S. PAUL, as Tax Collector of Volusia County, Florida, W. HOMER SMITH, as Tax Assessor of Volusia County, Florida, and J. M. LEE, as Comptroller of the State of Florida, v. JOHN R. PARKINSON and KATHERINE G. PARKINSON, his wife.

21 So. (2nd) 208                    January Term, 1945
March 9, 1945                       Division B

*Chas. W. Luther,* for appellants.

*P. W. Harvey,* for appellees.

PER CURIAM:

The decree appealed from is affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

ROBERT JOHNS and EUSTIS STOKES v. STATE OF FLORIDA

21 So. (2nd) 208                    January Term, 1945
March 9, 1945                       Division B

*Manuel M. Glover* and *D. C. Laird,* for appellants.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

In our own research we have found no statute furnishing a basis for the charge upon which appellants were convicted, and none has been cited to us. Therefore the judgment is—
Reversed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.